IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. G-96-1 |
| | § | |
| SHELTON LAMONT WILLIAMS | § | |

## OPINION AND ORDER

    Shelton Lamont Williams has complied with the Order of the United States Magistrate Judge that he submit a proper Application to Proceed on In Forma Pauperis with his Appeal from this Court's Order dismissing his "Petition Presenting a Federal Question Involving Whether the District Court Retained Personal or Subject Matter Jurisdiction When Imposing a Sentence of Life Imprisonment Based on Non-qualifying Offenses in a Defective Notice of Enhancement and Liberal Construction is Sought" (Instrument no. 170) as an unauthorized successive § 2255 Motion. Because this Court remains convinced that its Order of Dismissal is correct, Williams' implicit request for a Certificate of Appealability is **DENIED**. See United States v. Orozco, 103, F.3d 389 (5th Cir. 1996)

    To permit Williams to seek further relief from the United States Court of Appeals for the Fifth Circuit, his Application to Proceed on In Forma Pauperis (Instrument no. 178) is **GRANTED**.

    **DONE** at Galveston, Texas this 13th day of April, 2007.

_____
Samuel B. Kent
United States District Judge